REMINGTON CASH REGISTER COMPANY, INCORPORATED, APPELLANT, v. STATE BOARD OF TAXES AND ASSESSMENT ET AL., RESPONDENTS.

Argued May 22, 1931—Decided February 1, 1932.

For the appellant, *Blanchard & Carey*.

For the respondents, *Frank A. Boettner* and *William A. Stevens*.

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—The Chief Justice, Trenchard, Parker, Lloyd, Case, Daly, Donges, Van Buskirk, Kays, Hetfield, Dear, Wells, JJ. 12.

*For reversal*—None.